AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Schmidt, Richard S. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court | **3. Date of Report**<br><br>05/07/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>1133 N. Shoreline Boulevard<br>Suite 221<br>Corpus Christi, Texas 78401 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Halo Flight |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmidt, Richard S. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | Jan. 30, 31, 2014 | San Francisco, Ca | Asbestos Claims & Litigation Conference | Transportation, lodging & food |
| 2. | Center for American & Inter. Law | Feb. 12-14, 2014 | New Orleans, La | 5th Cir. Bench Bar Bankruptcy Conference | Transportation, lodging & food |
| 3. | State Bar of Texas | Feb. 20, 21 2014 | Houston, Tx | 28th Annual Advanced Consumer Bankruptcy Course | Transportation, lodging & food |
| 4. | American Conference Institute | Feb. 27, 28, 2014 | Houston, Tx | Maritime Conference | Transportation, lodging & food |
| 5. | International Bankruptcy | April 2-9, 2014 | Nice, France | 11th Annual International Bankruptcy Law Seminar | Transportation, lodging & food |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmidt, Richard S. | 05/07/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Association | April 9-10, 2014 | Los Angeles, Ca. | Business Law Conference | Transportation, lodging & food |
| 7. | American Conference Institute | April 28-29, 2014 | Chicago, Ill. | Erisa Litigation | Transportation, lodging & food |
| 8. | State Bar of Texas | May 2, 2014 | San Antonio, Tx | Starting Out Right | Transportation, food |
| 9. | American Conference Institute | May 29-30, 2014 | New York, NY | Wage & Hour Claims & Class Actions | Transportation, lodging & food |
| 10. | Center for American & International Law | June 5, 6, 2014 | Plano, Tx | International Bankruptcy Law & Practice | Transportation, lodging & food |
| 11. | State Bar of Texas | June 26, 27, 2014 | Austin, Tx | State Bar of Texas Annual Meeting | Transportation, lodging |
| 12. | American Conference Institute | Sept. 11-13, 2014 | Dallas, Tx | Care Financial Conference | Transportation, lodging & food |
| 13. | State Bar of Texas/ Bankruptcy Section | October 3, 2014 | Houston, Tx | Starting Out Right | Transportation, food |
| 14. | American Conference Institute | October 23, 24, 2014 | San Francisco, Ca. | Consumer Finance Class Actions | Transportation, lodging & food |
| 15. | State Bar of Texas/ Bankruptcy Section | November 7, 2014 | Bastrop, Tx | Bench Bar Site Survey | Transportation, lodging & food |
| 16. | State Bar of Texas/ Bankruptcy Section | November 20, 2014 | Austin, Tx | Young Lawyers Party | Transportation, lodging |
| 17. | University of Texas Austin | November 19-21, 2014 | Austin, Tx | 33rd Annual Jay L. Westbrook Bankruptcy Conference | Transportation, lodging & food |
| 18. | State Bar of Texas/ Bankruptcy Section | December 12, 2014 | El Paso, Tx | El Paso Consumer Seminar | Transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmidt, Richard S. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmidt, Richard S. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Manor Ltd. Parnership | A | Distribution | J | W | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmidt, Richard S. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Credit Cards in VI have been paid off.
Enron Royalty in VII has been sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard S. Schmidt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544